**Russell SMITH, Plaintiff–Appellant,**

v.

**David MATHIS, individually and in his official capacity as Medical Director; Maryam Messforosh, individually and in her official capacity as Physician Assistant; Nancy Bealer; Correctional Medical Services, Inc., Defendants–Appellees.**

No. 12–6414.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 24, 2012.

Russell Smith, Appellant Pro Se. Jennifer E. Cameron, Marks, O'Neill, O'Brien & Courtney, PC, Towson, Maryland, for Appellees.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Mathis*, No. 8:08–cv–03302–PJM, 2012 WL 253438 (D.Md. Jan. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*